1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   TYRE'ID O.I. HODGES, | )   Case No.: 1:13-cv-00654-SAB (PC) |
| 12           Plaintiff, | ) |
| 13      v. | )   **SECOND ORDER DIRECTING PLAINTIFF TO** <br> )   **SUBMIT COMPLETE NUMBER OF COPIES OF** <br> )   **COMPLAINT FOR SERVICE OF PROCESS ON** |
| 14   JERALD SHARON, et al., | )   **DEFENDANTS** |
| 15          Defendants. | )   [ECF Nos. 12, 13] |
| 16 | ) |

17       Plaintiff Tyre'Id O.I. Hodges is appearing pro se and in forma pauperis in this civil rights

18 action pursuant to 42 U.S.C. § 1983.

19       On March 25, 2014, the Court found that service of the original complaint was appropriate

20 based on Plaintiff's intent to proceed on the claims found to be cognizable by the Court.  The Court

21 sent Plaintiff the necessary service of process documents for completion and return to Court.  On April

22 7, 2014, the Court received nine completed copies of the summonses and USM-285 forms, however,

23 Plaintiff only returned one copy of the complaint, instead of the necessary ten copies of the complaint.

24 Without the necessary number of copies of the complaint, the Court cannot proceed with service of

25 process by the U.S. Marshal.  Accordingly, within **thirty (30)** days from the date of service of this

26
27
28

order, Plaintiff shall submit an additional nine copies of the complaint.  Failure to comply with this order may result in the action being dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **April 15, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

2