UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRE'ID O.I. HODGES,<br><br>        Plaintiff,<br><br>    v.<br><br>JERALD SHARON, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-00654-SAB (PC)<br><br>ORDER VACATING HEARING DATE OF **SEPTEMBER 17, 2014**, BEFORE THE UNDERSIGNED<br><br>[ECF No. 20] |

      Plaintiff Tyre'Id O.I. Hodges is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On August 18, 2014, Defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants set the motion for oral argument before the undersigned on September 17, 2014, at 10:00 a.m.

      Pursuant to Local Rule 230(l) of which this action is proceeding, states "All motions, exception motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record without oral argument unless otherwise ordered by the Court." (Local Rule 230(l); ECF No. 5, First Informational Order, at ¶ 9.)

///

///

///

1

1  Accordingly, the hearing date of September 17, 2014, is HEREBY VACATED, and should the
2  Court find oral argument necessary on the motion appropriate orders will issue.

4  IT IS SO ORDERED.

5  Dated: __**September 11, 2014**__

6  UNITED STATES MAGISTRATE JUDGE