UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRE'ID O.I. HODGES,<br><br>    Plaintiff,<br><br>    v.<br><br>JERALD SHARON, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00654-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PLAINTIFF'S CLAIM FOR MONETARY DAMAGES UNDER RULIPA, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>[ECF No. 27] |

    Plaintiff Tyre'Id O.I. Hodges is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On October 22, 2014, the Magistrate Judge issued Findings and Recommendation recommending that Defendants' motion to dismiss Plaintiff's claim for monetary damages under the Religious Land Use and Institutionalized Persons Act (RLUIPA) be granted. The Findings and Recommendations were served on the parties and contained notice that objections were to file within thirty days. No objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on October 22, 2014, is adopted in full;
2. Plaintiff's claim for monetary damages under the RLUIPA is DISMISSED; and
3. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **December 1, 2014**         /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE