UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRE'ID O.I. HODGES,<br><br>  Plaintiff,<br><br>  v.<br><br>JERALD SHARON, et al.,<br><br>  Defendants. | Case No.: 1:13-cv-00654-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A FURTHER RESPONSE TO COMPLAINT WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 28] |

Plaintiff Tyre'Id O.I. Hodges is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding on Plaintiff's complaint filed May 6, 2013, against Defendants Kathleen Allison, Ralph Diaz, Jerald Sharon, Rosa Guembe, D. Foston, Darryl Heterbrink, R. Hall. Jose D. Ojeda, and J.D. Lozano under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act (RLUIPA) for alleged violations of his civil rights related to his ability to worship as Messianic Jew and participate in religious activities at the California Substance Abuse and Treatment Facility.

On August 18, 2014, Defendants Diaz, Lozano, Guembe, Hetebrink, Sharon, Ojeda, Hall, and Allison filed a motion to dismiss Plaintiff RLUIPA claim to the extent he seeks damages thereunder.

On September 10, 2014, Defendant Foston joined the motion to dismiss filed on August 18, 2014.  Plaintiff filed an opposition to Defendants' motion on September 29, 2014.

1  On October 22, 2014, the undersigned issued Findings and Recommendations to grant Defendants' motion to dismiss Plaintiff's claim for monetary damages under RLUIPA.  (ECF No. 27.)

On December 2, 2014, the Findings and Recommendations were adopted in full and Defendants' motion to dismiss Plaintiff's claim for monetary damages under the RLUIPA was granted.  (ECF No. 28.)  Accordingly, Defendants are hereby directed to file a further response to Plaintiff's complaint within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **December 2, 2014**

UNITED STATES MAGISTRATE JUDGE