UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRE'ID O.I. HODGES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERALD SHARON, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00654-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO SUBMIT COMPLETE COPY OF DEPOSITION TRANSCRIPT WITHIN TEN DAYS |

　　　Plaintiff Tyre'Id O.I. Hodges is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On December 30, 2015, Defendants filed a motion for summary judgment and attached portions of Plaintiff's deposition as an exhibit to their motion. However, Local Rule 133(j) requires that counsel either submit a courtesy hard copy or electronic copy of the entire deposition. Local Rule 133(j). Accordingly, it is HEREBY ORDERED that Defendants shall submit a copy of Plaintiff's complete deposition within ten (10) days from the date of service of this order.

IT IS SO ORDERED.

Dated:　**April 13, 2016**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1