# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRE'ID O.I. HODGES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERALD SHARON, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-00654-DAD-SAB (PC)<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT |

　　　　Plaintiff Tyre'id O.I. Hodges is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 8, 2016, Plaintiff filed a motion for the appointment of counsel.  (ECF No. 58.)  The Court finds that the appointment of counsel for Plaintiff is warranted for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.  Alan Reinach has been selected from the Court's Pro Bono Attorney Panel to represent Plaintiff and has agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel is partially granted and Alan Reinach is appointed as limited purpose counsel in the above entitled matter.  This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. Alan Reinach's appointment will terminate fifteen days after completion of the settlement

conference, or any continuation of the settlement conference.  Prior to the termination of the appointment, the Court will accord counsel the option of proceeding as Plaintiff's appointed counsel.  If counsel does not wish to continue representation of Plaintiff after he has carried out his limited purpose, the Court will consider appointing new counsel for Plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
4. The Clerk of the Court is directed to serve a copy of this order upon Alan Reinach, Church State Council, 2686 Townsgate Road, Westlake Village, California 91361.

IT IS SO ORDERED.

Dated: __August 24, 2016__

UNITED STATES MAGISTRATE JUDGE