**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRE'ID O.I. HODGES,<br><br>        Plaintiff,<br><br>    v.<br><br>JERALD SHARON, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:13-cv-00654-DAD-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF, TYRE'ID O.I. HODGES, CDCR # H-96794 ON NOVEMBER 29, 2016 |

Plaintiff Tyre'Id O.I. Hodges is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The settlement conference previously set on November 29, 2016, has been rescheduled to December 14, 2016, at 1:00 before United States Magistrate Judge Erica P. Grojean.  Accordingly, the writ of habeas corpus ad testificandum to transport Plaintiff on November 29, 2016, is HEREBY VACATED, and a new writ of habeas corpus ad testificandum will be issued by separate order.

IT IS SO ORDERED.

Dated:    **November 21, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1