UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRE'ID O.I. HODGES,<br><br>                    Plaintiff,<br><br>v.<br><br>JERALD SHARON, et al.,<br><br>                    Defendants. | Case No. 1:13-cv-00654-DAD-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE TYRE'ID O.I. HODGES, CDCR # H-96794<br><br>DATE: March 10, 2017<br>TIME:  11:00 a.m.<br>COURTROOM: 10 (EPG) |

**Inmate Tyre'id O.I. Hodges**, **CDCR #H-96794**, a necessary and material witness on his own behalf in proceedings in a settlement conference on March 10, 2017, is confined at California Substance Abuse Treatment Facility, 900 Quebec Avenue, Corcoran, CA 93212, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean in Courtroom #10, Sixth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on Tuesday, March 10, 2017, at 11:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Substance Abuse Treatment Facility:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **February 10, 2017**

UNITED STATES MAGISTRATE JUDGE

