# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRE'ID O.I. HODGES,<br><br>  Plaintiff,<br><br>  v.<br><br>JERALD SHARON, et al.,<br><br>  Defendants. | Case No.: 1:13-cv-00654-DAD-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF ON MARCH 10, 2017<br><br>[ECF No. 78] |

Plaintiff Tyre'Id O.I. Hodges is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 23, 2017, Magistrate Judge Erica P. Grosjean held a telephonic conference regarding the status of settlement negotiations. Pursuant to the telephone conference, the settlement conference currently set March 10, 2017, at 1:30 p.m. was vacated, and a further telephonic status conference is set for April 7, 2017, at 11:00 a.m. Accordingly, the writ of habeas corpus ad testificandum to transport Plaintiff on March 10, 2017, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **February 23, 2017**

UNITED STATES MAGISTRATE JUDGE

1