# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRE'ID O.I. HODGES,<br><br>Plaintiff,<br><br>v.<br><br>JERALD SHARON, et al.,<br><br>Defendants. | Case No.: 1:13-cv-00654-DAD-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO PARTIES JOINT STIPULATION OF DISMISSAL<br><br>[ECF No. 84] |

This action was filed on May 6, 2013. (ECF No. 1.) On May 12, 2017, the parties filed a joint motion to dismiss the case and stipulated to dismissal with prejudice with each party to bear its own costs and fees. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __May 15, 2017__

_____
UNITED STATES MAGISTRATE JUDGE

1